# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  May 27, 2015 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  Susana Cahill |
| Probation Officer:  MariJo Paul | |

**CASE NO.   15-cr-00019-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Peter McNeilly |
| Plaintiff, | |
| v. | |
| 1.  EDUARDO AMBRIZ-GARCIA, | Timothy O'Hara |
| Defendant. | |

## COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:       10:01 a.m.**
Appearances of counsel.   Defendant is present and in custody.

Defendant entered his plea on March 9, 2015, to Count 1 of the Indictment. The Court formally accepts the Plea Agreement at this hearing.

**ORDERED:**   Defendant's Unopposed Motion to Grant a One-Level Variance (Doc. 26, filed 5/13/15) is GRANTED.

Discussion held and argument given regarding Defendant's objections to the presentence investigation report.

Counsel for the Government addresses the Court regarding sentencing

Defendant's counsel makes a statement on behalf of Defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding Defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that Defendant, Eduardo Ambriz-Garcia, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **14 months**.

**ORDERED:** No term of supervised release is imposed.

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**   **11:07 a.m.**
Hearing concluded.
Total time:            1:06